William L. Simpson (Wyo. Bar # 5-2189)
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
1135 14th Street
Cody, WY  82414
bsimpson@skelaw.com
307-527-7891
Fax:  307-527-7897

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| TRI COUNTY TELEPHONE ASSOCIATION, INC., a Wyoming corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Docket No. 17-CV-89-F |
| JOE CAMPBELL AND BARBARA CAMPBELL, individuals, and JOHN AND JANE DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Tri County Telephone Association, Inc. ("TCT"), a Wyoming corporation, submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

TCT is a Wyoming corporation.  TCT is privately owned and is not publicly traded.

DATED this 31st day of May, 2017.

        TRI COUNTY TELEPHONE
        ASSOCIATION, INC., Plaintiff


        By:   /s/
           William L. Simpson (WSB # 5-2189)
           Burg, Simpson, Eldredge, Hersh &
           Jardine, P.C.
           1135 14th Street
           Cody, WY 82414
           bsimpson@skelaw.com
           307-527-7891
           Fax:  307-527-7897

        ATTORNEYS FOR PLAINTIFF