Richard R. Thomas, Bar No. 7-5865
SMITH LC
Post Office Box 8729
Jackson, Wyoming 83002
T: 307-201-6000
E: rthomas@smith-lc.com

*Attorneys for Defendants Joe and Barbara Campbell*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRI COUNTY TELEPHONE ASSOCIATION, a Wyoming corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOE CAMPBELL and BARBARA CAMPBELL, individuals, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-00089-NDF |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO STAY**

Pursuant to Rule 56, *Fed. R. Civ. P.*, Defendants Joe and Barbara Campbell (the "Campbells"), hereby move for summary judgment on all claims in the Complaint. For the reasons set forth in the accompanying Statement of Facts and Memorandum of Points and Authorities in Support of Motion For Summary Judgment or, in the Alternative, to Stay, and based upon the record herein, there is no material issue of disputed fact and the

Campbells are entitled to judgment as a matter of law. In the alternative, for the reasons the Campbells set forth in the accompanying Statement of Facts and Memorandum of Points and Authorities in Support of Motion For Summary Judgment or, in the Alternative, to Stay, this Court should stay this action pending the outcome of the class action litigation pending in the Park County, Wyoming, District Court.

DATED this 1st day of March, 2019.

    /s/ Richard R. Thomas
Richard R. Thomas, Bar No. 7-5865
SMITH LC
Post Office Box 8729
Jackson, Wyoming 83002
T: 307-201-6000
E: rthomas@smith-lc.com
*Attorneys for Defendants Joe and Barbara Campbell*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO STAY** was electronically filed via CM/ECF this 1st day of March, 2019 and served via ECF on all parties who have requested notice:

| | |
|---|---|
| Jon Moyers<br>MOYERS LAW PC<br>3936 Avenue B, Suite D<br>Billings, MT 59102<br>jon@jmoyerslaw.com | Russel D. Yerger<br>YERGER LAW FIRM PC<br>2722 3rd Avenue North, Suite 400<br>Billings, MT 59101<br>ryerger@180com.net |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

/s/ Kristin E. Davenport